UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

ALIEU JARJOU,

                Defendant.

**ORDER**

24-cr-0571 (ER)

Ramos, D.J.:

    Upon the recommendation of Jennifer L. Brown, Attorney-in-Charge of the Federal Defenders of New York, the Court hereby appoints **Avraham Moskowitz** to serve as learned counsel on behalf of Alieu Jarjou.

    It is SO ORDERED.

Dated:   January 28, 2025
           New York, New York

                                              Edgardo Ramos, U.S.D.J.