# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

September 9, 2025

> The requested modification to the briefing schedule is granted and status conference scheduled for December 4, 2025, is adjourned to January 15, 2026, at 3:30 p.m.
> SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: 9/10/2025
> New York, New York

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Alieu Jarjou
     24 Cr. 571 (ER)

Dear Judge Ramos:

Avi Moskowitz and I represent Alieu Jarjou, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Christy Slavik, to respectfully request a modification of the present motion schedule. Currently, defense motions are due by October 6, 2025; with the government's response due November 6, 2025; and the defense reply due November 20, 2025. A status conference is scheduled for December 4, 2025.

Due to the fact that the parties remain engaged in serious plea discussions, it is respectfully requested that the current motion schedule be modified as follows: <u>defense motions due on November 6, 2025; the government's response due on December 4, 2025; and defense reply due on December 18, 2025.</u> It is further requested that the December 4, 2025 conference be adjourned to January 15, 2026 at 2:00 p.m., or in the alternative, January 14. It is respectfully submitted that the proposed schedule will not impact the schedule for motions in limine, voir dire or jury instructions, or the trial date of May 5, 2026.

The defendant consents to the exclusion of time under the Speedy Trial Act.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

Hon. Edgardo Ramos
September 9, 2025
Page Two


cc:     AUSA Christy Slavik (by ECF)
        AUSA James Ligtenberg (by ECF)