**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 20, 2025

**BY ECF**
Honorable Edgardo Ramos
United States District Judge           
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***United States v. Alieu Jarjou*, 24 Cr. 571 (ER)**

Dear Judge Ramos:

With the consent of the defense, the Government writes to request a modification of the motion schedule in the above-captioned matter. The defendant filed pre-trial motions on November 6, 2025. (*See* ECF No. 17). Under the present schedule, the Government's opposition is due December 4, 2025 and the defendant's reply is due December 18, 2025. (*See* ECF No. 16). A conference is scheduled for January 15, 2026 at 3:30 p.m. (*Id.*).

The Government respectfully requests the following modifications:

(1) Government opposition due December 18, 2025;

(2) defense reply due January 5, 2026; and

(3) conference to be held either the morning of January 27, 2026 or any time on January 28, 2026.

The parties have been engaging in discussions about a pre-trial resolution, and the parties believe that the proposed modification will permit the parties to continue those discussions. The parties do not anticipate the proposed schedule to impact the trial date of May 5, 2026 or any other scheduled dates.

The Government respectfully requests that the time until the next scheduled conference be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because the exclusion will permit the parties to continue to engage in serious plea discussions. The defendant, through counsel, consents to the exclusion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Christy Slavik
James Ligtenberg
Assistant United States Attorneys
Southern District of New York
(212) 637-1113 / 2665

cc: Counsel of Record (via ECF)

The modified motion schedule is approved. The status conference scheduled for January 15 is adjourned to January 27, 2026, at 11 a.m. Speedy trial time is excluded from January 15, 2026, until January 27, 2026.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: __11/20/2025__
New York, New York