UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

ALIEU JARJOU,

               Defendant.
--------------------------------------------------x

**ORDER**

24 Cr. 571 (ER)

Ramos, D.J.:

    A change of plea hearing will be held on **April 3, 2026, at 11:00 a.m.** in Courtroom 619

at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

10007.

    SO ORDERED.

Dated: March 30, 2026
       New York, New York

                                        _____
                                        Edgardo Ramos, U.S.D.J.