ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

July 21, 2026

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Sentencing is adjourned to October 21, 2027, at 2:30 p.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/22/2026
New York, New York

Re: United States v. Alieu Jarjou
24 Cr. 571 (ER)

Dear Judge Ramos:

Avi Moskowitz and I represent Alieu Jarjou, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA James Ligtenberg, to request that the sentencing hearing presently scheduled for August 18, 2026 at 11:30 a.m. be rescheduled to October 21, 2026, any time after 1:00 p.m. An adjournment is needed because we recently received the first disclosure of the Presentence Report (which was delayed due to scheduling reasons), and more time is needed to collect necessary documents and information needed to prepare our submission. This is Mr. Jarjou's first request for an adjournment of sentencing.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc: AUSA Christy Slavik (by ECF)
AUSA James Ligtenberg (by ECF)