ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

October 5, 2026

Sentencing is adjourned to December 15, 2026, at 3:30 p.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/6/2026
New York, New York

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Alieu Jarjou
24 Cr. 571 (ER)

Dear Judge Ramos:

Avi Moskowitz and I represent Alieu Jarjou, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA James Ligtenberg, to request that the sentencing hearing presently scheduled for October 21, 2026 at 2:30 p.m. be rescheduled to December 15, 2026 at 3:30 p.m., a date and time that I understand is convenient for the Court. An adjournment is needed because we are still in the process of gathering necessary documents for our sentencing submission. This is Mr. Jarjou's second request for an adjournment of sentencing. An adjournment was previously requested, and granted by the Court, because disclosure of the Presentence Report had been delayed and counsel was in the process of collecting documents and records for sentencing.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc: AUSA Christy Slavik (by ECF)
AUSA James Ligtenberg (by ECF)